# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 20-11198  
**Case Name:** TOTAL OILFIELD SOLUTIONS, LLC, A NE  
**For Period Ending:** 06/30/2022

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 06/25/2021 (c)  
**§ 341(a) Meeting Date:** 08/17/2021  
**Claims Bar Date:** 11/29/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 496.81 | 496.81 | | 0.00 | FA |
| 2 | Checking Account at Wells Fargo Bank DIP 4241 Operating, xxxxxx4241 | 25,412.47 | 25,412.47 | | 0.00 | FA |
| 3 | Checking Account at First American Bank 7710 PPP funds (Government program/not accessible), xxxxxx7710 | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 4 | Checking Account at Wells Fargo Bank DIP 4233 Payroll: $25.00, xxxxxx4233 | 25.00 | 25.00 | | 0.00 | FA |
| 5 | Checking Account at Wells Fargo Bank DIP 4357 EAccount, xxxxxx4357 | 500.00 | 500.00 | | 0.00 | FA |
| 6 | Checking Account at First American Bank 7711 Operating, xxxxxx7711 | 21,584.13 | 21,584.13 | | 0.00 | FA |
| 7 | Checking Account at Carlsbad National Bank 3202 Operating: (Closing), xxxxxx3202 | 17,982.35 | 17,982.35 | | 0.00 | FA |
| 8 | Office Rent Deposit | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 9 | Yard/Shop Rent Deposit | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10 | A/R 90 days old or less. Face amount = $155,976.78. Doubtful/Uncollectible accounts = $0.00. | 155,976.78 | 155,976.78 | | 0.00 | FA |
| 11 | A/R Over 90 days old. Face amount = $155,784.10. Doubtful/Uncollectible accounts = $77,892.05. | 77,892.05 | 77,892.05 | | 0.00 | FA |
| 12 | Desks, chairs, tables, and cabinets.. Valuation Method: Liquidation | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Computers, printer, and phones.. Valuation Method: Liquidation | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2019 F-350 VIN: 1FD8W3HT2KEE03867. Valuation Method: Liquidation | 50,000.00 | 3,177.00 | | 10,583.86 | FA |
| 15 | 2015 Two Ton Truck. Valuation Method: Liquidation | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 16 | TOTALOILFIELDSOLUTIONS.NET. Valuation Method: Liquidation | 500.00 | 500.00 | | 0.00 | FA |
| 17 | Master Service Agreements. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 18 | COG. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 19 | Daylight Petroleum. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 20 | Durango. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 20-11198  
**Case Name:** TOTAL OILFIELD SOLUTIONS, LLC, A NE  
**For Period Ending:** 06/30/2022

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 06/25/2021 (c)  
**§ 341(a) Meeting Date:** 08/17/2021  
**Claims Bar Date:** 11/29/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | EOG. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 22 | Marathon. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 23 | Matador. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 24 | Newbourne. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 25 | Murchison. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 26 | Mesquite SWD. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 27 | WIPP. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 28 | WPX Energy. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 29 | Spur. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 30 | Burnett. Valuation Method: Liquidation | Unknown | 0.00 | | 0.00 | FA |
| 31 | Notes Receivable: Loan with MSI, Inc.. Total Face amount - Uncollectable amount = $352,311.00 - $0.00 | 352,311.00 | 352,311.00 | | 0.00 | FA |
| **31** | **Assets Totals (Excluding unknown values)** | **$820,680.59** | **$773,857.59** | | **$10,583.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

7-29-22  Determine proper distribution for CH11 admin claimants.
2-08-22  Order Regarding Administrative Claims Bar Date Notice. Administrative claims bar date is February 28, 2022.
1-14-22  Request for Full Payment of Its Administrative Expense Tax Claim Filed by United States Internal Revenue Service.
9-20-22  TTEE filed Motion to Reject Unexpired Lease of Nonresidential Real Property with D. Ballard for property located at: 1819 North Canal Street, Carlsbad, NM.
9-14-21  TTEE filed Notice of Proposed Abandonment of Property of the Estate - Estate's Interest in Certain Property, and Notice of Deadline for Filing Objections:  Any and all personal property of the Debtor, except business records, located at 1819 N. Canal Street, Carlsbad, NM, including 8 Ford pickup trucks, a Mack truck, trailers, steel pipe and racks, shop equipment and supplies, office equipment and supplies
8-25-21  TTEE filed Report of Assets.

**Initial Projected Date Of Final Report (TFR):** 06/30/2023          **Current Projected Date Of Final Report (TFR):** 03/31/2023

07/30/2022  
Date

/s/Philip J. Montoya  
Philip J. Montoya

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| **Case No.:** | 20-11198 | |
| **Case Name:** | TOTAL OILFIELD SOLUTIONS, LLC, A NE | |
| **Taxpayer ID #:** | **-***3925 | |
| **For Period Ending:** | 06/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Philip J. Montoya (510120) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******2190 Checking |
| **Blanket Bond (per case limit):** | $6,700,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/30/22 | {14} | Chase | Repo sale surplus | 1129-000 | 10,583.86 | | 10,583.86 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.39 | 10,567.47 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.37 | 10,551.10 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 18.60 | 10,532.50 |
| | | **COLUMN TOTALS** | | | 10,583.86 | 51.36 | $10,532.50 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 10,583.86 | 51.36 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $10,583.86 | $51.36 | |

Case 20-11198-j7   Doc 418   Filed 07/30/22   Entered 07/30/22 10:54:35 Page 3 of 4

{ } Asset Reference(s)                                                                     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-11198 | **Trustee Name:** | Philip J. Montoya (510120) |
| **Case Name:** | TOTAL OILFIELD SOLUTIONS, LLC, A NE | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3925 | **Account #:** | ******2190 Checking |
| **For Period Ending:** 06/30/2022 | | **Blanket Bond (per case limit):** | $6,700,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $10,583.86 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $10,583.86 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2190 Checking | $10,583.86 | $51.36 | $10,532.50 |
| | **$10,583.86** | **$51.36** | **$10,532.50** |

07/30/2022
Date

/s/Philip J. Montoya
Philip J. Montoya